# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00214-MOC-DSC

| | |
|---|---|
| KRISTIE NICHOLAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GMRI, INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Stay Proceedings" (document # 3) filed July 11, 2018. For the reasons set forth therein, and with Defendant's consent, the Motion will be granted.

Accordingly, this action is **STAYED** until November 8, 2018. The parties shall file a status report within ten days of the conclusion of their early mediation.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: July 12, 2018

David S. Cayer
United States Magistrate Judge