# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00214-MOC-DSC

| | |
|---|---|
| **KRISTIE NICHOLAS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **GMRI, INC.,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Continue Stay of Proceedings" (document # 5) filed November 8, 2018. For the reasons set forth therein, the Motion will be <u>granted</u>.

Accordingly, this action is **STAYED** until February 1, 2019. The parties shall file a status report within ten days of the conclusion of their early mediation.

<u>The parties are cautioned that the stay will not be extended again</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: November 9, 2018

_____
David S. Cayer
United States Magistrate Judge