# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00214-MOC-DSC

| | |
|---|---|
| KRISTIE NICHOLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GMRI INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Plaintiff's Status Report and Motion to Continue Stay of Proceedings" (document # 7) filed February 1, 2019. For the reasons set forth therein, the Motion will be granted.

Accordingly, this action is **STAYED** until the completion of the arbitration proceeding. The parties shall file a status report within ten days of the conclusion of the arbitration proceeding.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: February 1, 2019

David S. Cayer
United States Magistrate Judge